UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

LOPE G. OCHOA, No. 10-10518

Debtor(s).
_____/

ORDER DISMISSING CASE

After hearing on March 12, 2010, and it appearing that this case was commenced in bad faith and for an improper purpose,

IT IS ORDERED that this Chapter 13 case is DISMISSED.

IT IS FURTHER ORDERED that the court reserves jurisdiction to sanction debtor's counsel.

IT IS FURTHER ORDERED that debtor's counsel shall return all fees paid by the debtor in this case, and shall further reimburse the debtor for all travel expenses related to said hearing.

Dated: April 13, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge